No. 89. AUTOMOBILE CLUB OF MICHIGAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Cer-

tiorari granted. *E. C. Alvord* for petitioner. *Simon E. Sobeloff*, then Solicitor General, *Assistant Attorney General Rice, Hilbert P. Zarky* and *I. Henry Kutz* for respondent.